IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **ALPHADEESHA F. HAMILTON,** | : |
| Plaintiff, | : |
| v. | : Case No.   1:15-cv-03635-JFM |
| **MAXIM HEALTHCARE SERVICES, INC.,** | : JURY TRIAL DEMANDED |
| Defendant. | : |

## DEFENDANT MAXIM HEALTHCARE SERVICES, INC.'S CORPORATE DISCLOSURE

Defendant Maxim Healthcare Services, Inc. ("Maxim") by and through the undersigned counsel and pursuant to United States District Court for the District of Maryland Local Rule 103 and Federal Rule of Civil Procedure 7.1 hereby discloses the following:

a)   <u>Corporate Affiliation</u>.  Maxim is a privately held entity, and there is no parent corporation or publicly held corporation that owns more than 10% of its stock; and

b)   <u>Financial Interests in the Outcome of the Litigation</u>.  On information and belief, the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have any financial interest whatsoever in the outcome of the litigation, and the nature of its financial interest, are: as to Defendant, none known.

Dated this 8th day of February, 2016.

> Respectfully submitted,
>
> */s/Robert R. Niccolini*
> WILLIAM E. GROB
> Florida Bar Number 0463124
> (*Pro Hac Vice* Submission Forthcoming)
> E-mail: william.grob@ogletreedeakins.com
>
> OGLETREE, DEAKINS, NASH, SMOAK &

STEWART, P.C.

100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530

ROBERT R. NICCOLINI
Maryland Bar Number 24873
E-mail: robert.niccolini@ogletreedeakins.com
JOHN S. BOLESTA
Maryland Bar Number 28115
E-mail: john.bolesta@ogletreedeakins.com

OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.

1909 K Street, N.W., Suite 1000
Washington, DC  20006
Telephone: 202.877.0855
Facsimile: 202.887.0866

COUNSEL FOR DEFENDANT MAXIM
HEALTHCARE SERVICES, INC.

AND

LINCOLN O. BISBEE
Fed. Bar Number 28953
E-mail: lbisbee@morganlewis.com
ANDREW G. SAKALLARIS
Fed. Bar Number 18084
E-mail: asakallaris@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, NW
Washington, DC  20005
Telephone: 202.739.3000
Facsimile: 202.739.3001

CO-COUNSEL FOR DEFENDANT MAXIM
HEALTHCARE SERVICES, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2016, a true and correct copy of the foregoing has been filed with the Clerk of the Court via the CM/ECF system and that a Notice of Electronic Filing has been served on all counsel of record as follows:

| | |
|---|---|
| Robert E. DeRose<br>Joshua McInerney<br>BARKAN MEIZLISH HANDELMAN<br>GOODIN DEROSE WENTZ, LLP<br>250 East Broad Street, 10th Floor<br>Columbus, Ohio  43215<br>E-mail: bderose@barkanmeizlish.com<br>E-mail: jmcinerney@barkanmeizlish.com<br>(Counsel for Plaintiff) | Timothy J. Becker<br>Jacob R. Rusch<br>JOHNSON BECKER, PLLC<br>33 South Sixth Street, Suite 4530<br>Minneapolis, Minnesota  55402<br>E-mail: tbecker@johnsonbecker.com<br>E-mail: jrusch@johnsonbecker.com<br>(Counsel for Plaintiff) |
| Carlos Leach<br>MORGAN & MORGAN, P.A.<br>20 North Orange Avenue, Suite 1400<br>Orlando, Florida  32802<br>E-mail: cleach@forthepeople.com<br>(Counsel for Plaintiff) | Jason J. Thompson<br>Neil B. Pioch<br>SOMMERS SCHWARTZ, P.C.<br>One Towne Square, Suite 1700<br>Southfield, Michigan  48076<br>E-mail: jthompson@sommerspc.com<br>E-mail: npioch@sommerspc.com<br>(Counsel for Plaintiff) |

                                                            */s/Robert R. Niccolini*
                                                            Attorney

23655238.1